# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHEL GUILARTE-REVE,

        Petitioner,

    v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,

        Respondents.

Case No. 1:26-cv-0445 KES SKO (HC)

ORDER CLOSING THE ACTION PURSUANT TO PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL

Doc. 12

Michel Guilarte-Reve is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On February 19, 2026, Petitioner filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Doc. 12.  Pursuant to Rule 41(a)(1)(A), a petitioner "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment…." As Respondents have not filed an answer or responsive pleading, the action automatically terminated upon the filing of Petitioner's notice. *See id.*  Accordingly, the Clerk of Court is **DIRECTED** to terminate pending matters and to close this action.

IT IS SO ORDERED.

    Dated:    February 23, 2026

                                 UNITED STATES DISTRICT JUDGE

1